IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LOUIS BARRETT, JR.,<br><br>*Plaintiff,*<br><br>v.<br><br>Warden LAWRENCE WHITTINGTON, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:22-cv-00271-TES-CHW |

ORDER

Plaintiff Louis Barrett, Jr. filed a request for additional time to object to the United States Magistrate Judge's Recommendation [Doc. 5]. *See* [Doc. 8]. Plaintiff filed his request on October 17, 2022, which is within the 14-day period to request an extension to file objections.[1] *See* [Doc. 8, p. 1]; [Doc. 5, p. 8]. Accordingly, the Court **VACATES** its prior Order [Doc. 6] and Judgment [Doc. 7], and **GRANTS** Plaintiff 14 additional days to respond and file objections.

**SO ORDERED**, this 1st day of November, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The prison mailbox rule requires that a *pro se* prisoner's filing be deemed filed on the date it is delivered to prison officials for mailing. Absent evidence to the contrary, the date the prisoner signs the document is considered the date delivered. *See Daniels v. United States*, 809 F.3d 588 (11th Cir. 2015).